UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | : |
| PLAINTIFF, | : |
| v. | : |
| RICHARD GLEN SPRADLING, | : Civil Action No. 05-01150 (JDB) |
| DEFENDANT. | : |

**APPLICATION FOR DEFAULT
AND DECLARATION OF PLAINTIFF'S COUNSEL
IN SUPPORT OF THAT APPLICATION**

My name is James M. McHale. I am the attorney of record for the Plaintiff, U.S. Securities and Exchange (Commission). Under penalty of perjury pursuant to 28 U.S.C. § 1746, this 29th day of August 2005, I declare as follows:

1. On or about June 9, 2005, R. Hank Vanderkam, Esq., attorney of record agreed to waive service on behalf of his client, Mr. Richard Glen Spradling, the Defendant in this action.

2. On or about June 15, 2005, Mr. Vanderkam returned the Waiver of Service Form, which he had executed as Defendant Spradling's attorney.

3. On June 16, 2005, I filed that Waiver form with the Clerk of this Court.

4. That Waiver appears as entry number 2 in the Docket of this case. This Docket entry notes that the due date for Defendant Spradling to answer is August 9, 2005.

5. The Commission has received no answer from Defendant Spradling as of today, Monday, August 29, 2005 although his answer was due nearly three (3) weeks ago.

6. Neither Mr. Vanderkam nor any other person claiming to represent Defendant Spradling has contacted me to seek an extension of time for him to answer the Commission's complaint.

7. The time for Defendant Spradling to answer the Commission's complaint has expired.

8. In a personal meeting with Defendant Spradling, I observed that he is neither an infant nor an incompetent person.

According, the Commission respectfully requests that the Clerk enter a Default against Defendant Spradling.

        Respectfully submitted,

        U.S. Securities and Exchange Commission,

        By: _____/S/_____
        James M. McHale, DC Bar No. 111773,
        Margaret S. McGuire
        100 F Street, N.E.,
        Washington, DC 20549-4631
        Telephone: (202) 551-4476 (McHale)
        Fax: (202) 551-7233 (McHale)
        mchalejm@sec.gov

Dated: August 29, 2005

Of Counsel:
Paul R. Berger
Richard W. Grime
Gregory G. Faragasso

**Certificate of Service**

I hereby certify that I caused service of the foregoing Commission's Application for Default and Supporting Declaration, its Military Declaration, and a proposed Entry of Default on Defendant, Richard Glen Spradling, by sending copies of those pleadings to his attorney by Federal Express messenger service, as follows:

**FedEx TRK # 7901-3485-4423**

R. Hank Vanderkam, Esq.
1301 Travis Street, Suite 1200
Houston, TX 77002
Counsel to Richard Glen Spradling.

This the 29th day of August 2005

_____/s/_____
James M. McHale