UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | : : : |
| PLAINTIFF, | : : : |
| v. | : : : |
| RICHARD GLEN SPRADLING, | : Civil Action No. 05-01150 : (JDB) : |
| DEFENDANT. | : : |

**MILITARY DECLARATION IN SUPPORT OF THE COMMISSION'S APPLICATION FOR ENTRY OF DEFAULT**

My name is James M. McHale. I am attorney of record for the Plaintiff, U. S. Securities and Exchange Commission. Under penalty of perjury pursuant to 28 U.S.C. §1746, this 29th day of August 2005, I declare as follows:

1. I make this declaration pursuant to the provisions of the Soldiers and Sailors Civil Relief Act of 1940 and the Amendments of 1942 and 1960 to that Act. 50 U.S.C. Appendix, § 520.

2. I have directed that Commission Staff to investigate whether Defendant, Richard Glen Spradling, is in the military service of the United States or its Allies.

3. The results of that investigation permit me to declare that Defendant Spradling is not in the military service of the United States or its Allies. Specifically, he is not a member of the Army of the United States, the U.S. Navy, the U.S. Marine Corps, the U.S. Air Force, or the U.S. Coast Guard. Similarly, he is not an officer of the U.S. Public Health Service, whom proper authorities have detailed for duty

with the Army, Navy, Marines, Air Force, or Coast Guard.

4. Defendant Spradling is not on active duty with any of the cited branches nor is he under training or education under the supervision of the United States as preliminary to induction into the military services.

5. Defendant Spradling is likewise not serving with the armed forces of any nation that is an ally of the United States in the prosecution of any war.

6. No proper authority has ordered Defendant Spradling to report for induction under the Selective Training and Service Act of 1940, as amended. Similarly, he is not a member of the Enlisted Reserve Corps ordered to report for military service.

7. I am unaware whether Defendant Spradling is engaged in any gainful employment. If he is, on information and belief, he is self-employed in either the real estate or financial services industries.

    Respectfully submitted,
    U.S. Securities and Exchange Commission,

    By: _____/S/_____
    James M. McHale, DC Bar No. 111773,
    Margaret S. McGuire
    100 F Street, N.E.,
    Washington, DC 20549-4631
    Telephone: (202) 551-4476 (McHale)
    Fax: (202) 551-7233 (McHale)
    mchalejm@sec.gov

Dated: August 29, 2005

Of Counsel:
Paul R. Berger
Richard W. Grime
Gregory G. Faragasso