UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, <br><br> PLAINTIFF, <br><br> v. <br><br> RICHARD GLEN SPRADLING, <br><br> DEFENDANT. | : <br> : <br> : <br> : <br> : <br> : <br> :    Civil Action No. 05-01150 (JDB) <br> : <br> : <br> : |

**ENTRY OF DEFAULT**

It appears that the above-named defendant, Richard Glen Spradling, has failed to plead or otherwise defend this action since his answer was due on August 2, 2005, but he has filed no answer. On August 29, 2005, the plaintiff, U.S. Securities and Exchange Commission having filed an application for default with a declaration in support of that application and a military declaration. Thus, this __ day of _____ 2005, I find that Defendant Spradling is in **DEFAULT**.

Nancy Meyer-Whittington, Clerk

By _____

Deputy Clerk