Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

U.S. SECURITIES AND EXCHANGE COMMISSION
    Plaintiff(s)

    V.

Civil Action No. 05-1150 (JDB)

RICHARD GLEN SPRADLING
    Defendant(s)

RE: RICHARD GLEN SPRADLING

## DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on June 10, 2005, and an affidavit on behalf of the plaintiff having been filed, it is this 14th day of September, 2005 declared that: defendant is in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
    Deputy Clerk