UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| PLAINTIFF, | : |
| | : |
| v. | : CIVIL ACTION |
| | : NO. 05-CV-01150 (JDB) |
| | : |
| RICHARD GLEN SPRADLING, | : |
| | : |
| DEFENDANT. | |

ATTORNEY'S DECLARATION IN SUPPORT OF THE COMMISSION'S
APPLICATION FOR FINAL JUDGMENT

My name is Margaret S. McGuire, and I am a member in good standing of the bar of the state of Maryland. Plaintiff, U. S. Securities and Exchange Commission (Commission) employs me as Counsel in its Enforcement Division. I am familiar with facts underlying this action, and based on that knowledge, I make the following declaration.

1. Pursuant to this Court's Order of October 5, 2005 and Fed. R. Civ. P. 55, I make this declaration to support the Commission's Application for Entry of a Final Judgment by default against Defendant, Richard Glen Spradling.

2. This action seeks legal and equitable relief against the Defendant. With respect to the Commission's claim for legal relief, I have examined records that Defendant and others provided in the investigation leading up to this action. My goal was to determine

the amount the Commission should seek as disgorgement and prejudgment interest that the Commission should request the Court to impose on this Defendant.

3. In my analysis, I reviewed numerous newsletter promotions that Defendant, directly or indirectly, prepared and disseminated. I also reviewed Defendant's website postings.

4. Finally, I reviewed trading records, which tracked the account activity for stocks that Defendant promoted from April 2001 through September 2003. During that period, for which the Commission obtained records, Defendant maintained at least 22 brokerage accounts at 12 different brokerage firms. I examined detailed monthly account statements for each of these accounts during this period to calculate the appropriate amount for the Commission to seek as disgorgement.

5. For the period in question, I found that Defendant received approximately 20,882,117 (approximately 21 million) shares of stock in thirty-six (36) companies he promoted. Of that number, Defendant transferred to others approximately 7,101,250 (approximately 7 million) shares, which he received. Defendant sold approximately 14,797,982 of those shares of stock in those companies. After deducting brokerage fees, these sales generated proceeds of $1,658,806.83 to Defendant.

6. In recommending an amount for disgorgement, I rounded down that number to $1.6 million to reduce any possible calculation error that could prejudice Defendant and to make calculations easier.

7. Next, I calculated the appropriate amount for prejudgment interest by multiplying the net disgorgement amount of $1.6 million by the appropriate rate of interest, compounded quarterly, from September 30, 2003, the end of the inquiry period, to

November 10, 2005, the date of this Application. The total prejudgment interest on $1.6 million for this period is $173,075.83. I have attached a copy of the prejudgment interest calculation to this Declaration as Appendix A.

I, Margaret S. McGuire, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief and that I executed this declaration at Washington, D.C. on this the 10th day of November 2005.

_____
Margaret S. McGuire



# U.S. Securities and Exchange Commission

## Division of Enforcement

## Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $1,600,000.00 |
| 10/01/2003-12/31/2003 | 4% | 1% | $16,000.00 | $1,616,000.00 |
| 01/01/2004-03/31/2004 | 4% | 1% | $16,160.00 | $1,632,160.00 |
| 04/01/2004-06/30/2004 | 5% | 1.25% | $20,402.00 | $1,652,562.00 |
| 07/01/2004-09/30/2004 | 4% | 1% | $16,525.62 | $1,669,087.62 |
| 10/01/2004-12/31/2004 | 5% | 1.25% | $20,863.60 | $1,689,951.22 |
| 01/01/2005-03/31/2005 | 5% | 1.25% | $21,124.39 | $1,711,075.61 |
| 04/01/2005-06/30/2005 | 6% | 1.5% | $25,666.13 | $1,736,741.74 |
| 07/01/2005-09/30/2005 | 6% | 1.5% | $26,051.13 | $1,762,792.87 |
| 10/01/2005-10/31/2005 | 7% | 0.58% | $10,282.96 | $1,773,075.83 |

| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
|---|---|---|---|---|
| **10/01/2003-10/31/2005** | | | **$173,075.83** | **$1,773,075.83** |

**Securities & Exchange Commission v.
Spradling,
Civ. Action No. 05-CV-01105 (JDB)**

**Appendix A to Attorney's Declaration of
Margaret S. McGuire
November 10, 2005**